UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| KELLY ANN WILLARD,<br>        Plaintiff,<br><br>     v.<br><br>MARTIN O'MALLEY<br>Commissioner of Social Security,<br><br>        Defendant. | No: 2:24-cv-01877-SK<br><br><u>ORDER AWARDING</u><br><u>EAJA FEES</u> |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA attorney fees are awarded in the amount of FIVE THOUSAND DOLLARS ($5,000), subject to the terms of the stipulation.

DATE:  8/16/2024

HON. STEVE KIM
UNITED STATES MAGISTRATE JUDGE